IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-CR-00055-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | ORDER |
| ANDREW TIMOTHY JONES, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Government's Motion for Leave to File Defendant's medical records under Seal. (Doc. No. 164). For the reasons contained within the Government's Motion, and for good cause shown, the Government's Motion is **GRANTED**.

IT IS, THEREFORE, ORDERED that the United States of America's Motion for Leave to File its Exhibit (Doc. No. 164) is granted and it shall be filed under seal.

IT IS SO ORDERED.

Signed: November 20, 2020

Frank D. Whitney
United States District Judge