UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00055-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANDREW TIMOTHY JONES, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Reconsideration, (Doc. No. 159), Motion to Amend the Motion for Reconsideration, (Doc. No. 162), and Motion to Reduce Sentence, (Doc. No. 168). In short, these motions seek relief for Defendant's sentence on his conviction for violation of 18 U.S.C. § 924(c). In light of the Court's Order issued September 29, 2022, granting Defendant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 and vacating his conviction for the § 924(c) conviction, these motions, (Doc. Nos. 159, 162, 168), are hereby DENIED AS MOOT.

IT IS SO ORDERED.

Signed: October 5, 2022

Frank D. Whitney
United States District Judge

1